UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Berry</u>

        v.                              Civil No. 07-cv-178-PB

<u>Larry Blaisdell, Warden, Northern</u>
<u>New Hampshire Correctional Facility</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 19, 2007.

SO ORDERED.

August 11, 2007                                    /s/  Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge

cc:    Paul Berry, pro se